IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERMAINE ALEXANDER RAMSEY**                                 **PLAINTIFF**

**v.**                                                                                                            **No. 4:19CV6-RP**

**MANAGEMENT TRAINING CORPORATION, ET AL.**                **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [18]
FOR A *SPEARS* HEARING**

This matter comes before the court on the plaintiff's motion [18] for the court to hold a hearing under the holding in *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985) to glean more information about this case from the plaintiff. As the plaintiff has made his allegations clear in his pleadings, there is no need for such a hearing, and the instant motion [18] is **DENIED**.

**SO ORDERED**, this, the 27th day of March, 2020.

                                                                        /s/ Roy Percy
                                                                        UNITED STATES MAGISTRATE JUDGE