IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERMAINE ALEXANDER RAMSEY**                                                     **PLAINTIFF**

**v.**                                                                                                **No. 4:19CV6-RP**

**MANAGEMENT TRAINING CORPORATION, ET AL.**                   **DEFENDANTS**

**FINAL JUDGMENT DISMISSING CASE AS VEXATIOUS**

The court issued an order [23] for the plaintiff to show cause why this case should not be dismissed as vexatious, noting that, "the nature of Ramsey's supporting documents, his pace of filing of papers with the court, his repeated submission of frivolous grievances to prison officials, and other actions tend to show that the plaintiff is more interested in moving paper through the prison grievance system and this court than he is in pursuing relief for alleged constitutional violations." Doc. 23 at 2. The Show Cause Order contained detailed discussion regarding these matters, which the court will not include in the present order. The court has not looked only at the present case, but many others Mr. Ramsey has filed in this court to show his pattern of abusive filings. The court gave Mr. Ramsey the opportunity to respond to the Show Cause Order, and he did so. However, instead of addressing the court's concern in the Show Cause Order (the vexatious nature of his filings), Mr. Ramsey merely touched again on his allegations. He also complains that the court erred in deciding not to hold a hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985). A *Spears* hearing is an opportunity for the plaintiff to explain his claims more clearly to the court; however, in this case, Mr. Ramsey's claims were clear, and the court could proceed without the need of such a hearing.

Mr. Ramsey's claims were clear, but they also appeared to be vexatious, which is why the court provided him the opportunity to present argument to show that his complaint and supporting documents were not vexatious. Mr. Ramsey has not done so, and, for the reasons outlined in the

Show Cause Order, the instant case is **DISMISSED** with prejudice as vexatious. The court has imposed a sanction for this behavior in another case; as such, a sanction is not necessary in the present case. *See Ramsey v. Morris*, 4:18CV145-DAS. Finally, in light of this order, the motions currently pending in this case are **DISMISSED** as moot.

  **SO ORDERED**, this, the 9th day of November, 2020.

            /s/ Roy Percy
            UNITED STATES MAGISTRATE JUDGE