IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JERMAINE ALEXANDER RAMSEY**                                **PLAINTIFF**

**v.**                                                 **No. 4:19CV6-RP**

**MANAGEMENT TRAINING CORPORATION, ET AL.**        **DEFENDANTS**

### ORDER *DISMISSING AS MOOT* PLAINTIFF'S MOTIONS [43], [44] TO EXPEDITE RULINGS

This matter comes before the court on the motions [43], [44] for the court to expedite its rulings on his motion [37] for reconsideration and his motion [38] to appeal *in forma pauperis*. As the court has ruled on these motions, the instant motions to expedite [43], [44] are **DISMISSED** as moot.

**SO ORDERED**, this, the 11th day of February, 2021.

/s/    Roy Percy
UNITED STATES MAGISTRATE JUDGE